IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONES III, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-08-0001 |
| § | |
| THE PARK AT LAKESIDE § | |
| APARTMENTS, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On November 5, 2008, the court ordered plaintiffs to file a notice of appearance of counsel to avoid dismissal of this case. The relators cannot proceed *pro se*. The plaintiffs have failed to have counsel file an appearance.

This case is dismissed.

SIGNED on January 7, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge