IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATHANIEL JONES III, *et al.*, | § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. H-08-0001 |
| THE PARK AT LAKESIDE APARTMENTS, | § § § | |
| Defendant. | § § | |

**ORDER**

Nathaniel Jones, III, Nikkie Balazs, and Tammy Coleman, *pro se* litigants, brought a False Claims Act suit against The Park at Lakeside Apartments. On November 5, 2008, this court gave the relators sixty days to obtain counsel because *pro se* litigants may not prosecute a False Claims Act suit. The relators did not comply with this court's order and this case was dismissed on January 7, 2009. (Docket Entry No. 34). On May 14, 2009, Jones, an inmate in the Harris County Jail, filed in this case a "Request for Additional Time In The Law Library." (Docket Entry No. 37). The motion is styled "Nathaniel Jones, III v. Adrian Garcia, Sheriff of Harris County Sheriff's Department." (*Id.*). Jones requested "additional time in the law library to research the law regarding his constitutional and civil rights as a detainee at Harris County Jail." (*Id.*).

The motion is denied. This case was closed in January 2009, and Sheriff Garcia was not a defendant.

SIGNED on June 12, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge